United States District Court )
Northern District of Ohio )
Eastern Division ) Case No. 1:18mj3292

# AFFIDAVIT TO COMPLAINT

## I. Agent Background

I, Alex O. Hunt, being duly sworn and deposed, stated the following:

1. I am an "investigative or law enforcement officer of the United States" empowered to make arrests within the meaning of Title 18, United States Code, Section 3052 and to execute search warrants and conduct seizures within the meaning of Title 18, United States Code, Section 3107 for violations of the laws of the United States.

2. I am a duly appointed Special Agent, employed by the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been a Special Agent with the FBI since 2015. I am currently assigned to the FBI Cleveland Division, Toledo Resident Agency. I was previously employed as a patrol officer for the Lilburn Police Department in Lilburn, Georgia from 2009 to 2011 and as a criminal investigator for the Gwinnett County Solicitor's Office in Lawrenceville, Georgia from 2011 to 2015. Since 2009, I have received training and have experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other crimes and investigation techniques.

3. This affidavit is submitted in support of a criminal complaint charging Jesse Glass with Coercion and Enticement, in violation of Title 18 U.S.C. §§ 2422(a). All of the information contained in this affidavit is the result of either my personal observations or investigation, or has been provided to me by other law enforcement officers, all of whom I believe to be reliable. This affidavit contains information to establish probable cause for a criminal complaint and issuance of an arrest warrant. It is not intended to list each and every fact observed or known in this investigation.

## II. Probable Cause

4. On September 25, 2018, a Confidential Human Source (CHS) advised that Chaturbate.com user "slinky057" offered his daughters for sexual abuse to multiple other Chaturbate users. In the chats "slinky057" advised that his daughters were ages six, eight, and ten. The CHS provided the Chaturbate data dump for "slinky057", which included the user's Internet Protocol (IP) address log and chat log, as well as additional information, such as the user's date of birth and email address.

5. The chat log began on February 14, 2018 and ended on September 9, 2018. A summary of the chat log below is used as a reference. Highlights of the conversation between "slinky057" and other Chaturbate users is as follows:

big_one_1981: what part of ohio?
**slinky057: Lorain**

**slinky057: Thats Carly**
**slinky057: Imagine teaching Cay**
**slinky057: Carly how to ruv your dick**
**slinky057: You could tell her she has to lick your ass and balls while she strokes you.**
coolfootman: have you ever done anything with the girls?
**slinky057: No, never.**
**slinky057: I promised myself I wouldn't ever**
coolfootman: you wouldnt?
**slinky057: No**
coolfootman: but you want to?
**slinky057: No, i want you to**
**slinky057: Would yoy enjoy it more if it hurt them?**
**slinky057: Thats fine if so**

..........................................................

**slinky057: My email is j.t.glass83@gmail.com**

..........................................................

savynavi: what there names
**slinky057: Jessica, Karly, Alexis**

..........................................................

**slinky057: Id let you have your way with the femalez**
**slinky057: at mu**
**slinky057: My house**

..........................................................

6. The CHS provided the user's Chaturbate purchase history, which identified the user as Jesse Glass. The IP addresses used by user "slinky057" resolved to the Cleveland, Ohio, area. The email address for user "slinky057" is "j.t.glass83@gmail.com". The date of birth listed for the user is 12/02/1983. Chaturbate deactivated the account belonging to "slinky057" due to a violation of terms of service.

7. The CHS provided links to Glass's Facebook.com page "www.facebook.com/jess.glass3". The Facebook page shows several images of three minor girls, believed to be Glass's daughters. The girls all appear to be under the age of ten 10 years old. Investigators identified a Facebook account for Ariane Taylor who based on Facebook photographs appeared to be the mother of Glass's juvenile children. Ariane has a picture on her Facebook account of Jesse Glass and their four children. Ariane has several pictures on her Facebook page of her with her three daughters and one son. In the comments section of one of these pictures, another Facebook user comments, "I want pix of carleigh in her outfit". In the comments section of another picture, a Facebook user comments, "lol Jessie looks like Cheech in that pic". These two names correspond with the names that "slinky057" gave during his Chaturbate chats.

8. On October 11, 2018, several IPs from Glass's Chaturbate IP log were identified as belonging to Time Warner Cable Internet LLC. Exigent subpoenas were served on Time Warner Cable Internet LLC. and they confirmed that all of the subpoenaed IPs belonged to the same subscriber. Time Warner telephonically provided the following subscriber information:

Dave Howells
52721 Trinter Road
Vermilion, OH

9. A CLEAR search for Jesse Glass, date of birth 12/02/1983, returned a last confirmed address (05/01/2018) for 52721 Trinter Road, Vermilion, OH, 44089.

10. An OHLEG OBMV search listed Jesse T. Glass, date of birth 12/2/1983, residing at 52721 Trinter Road, Vermilion, OH.

11. In February of 2018, Glass was booked in the Lorain County Jail and provided the following two addresses:

52721 Trinter Road, Vermilion, OH
9548 Gifford Road, Amherst, OH

12. On October 12, 2018, a federal search warrant was conducted at 52721 Trinter Road, Vermilion, OH. On the same date, Jesse Glass was interviewed at his place of employment. During the interview, Glass admitted to using Chaturbate.com for approximately four years and stated that he utilized his Samsung Galaxy J3 to access Chaturbate and the internet. He used Chaturbate usernames "slinky813" and "slinky057". He admitted to chatting with other Chaturbate users that he believed were from other states and other countries. During these chats, he told the other users that he would allow them to have sex with his juvenile daughters. He also provided non-nude pictures of his daughters to these other users.

13. Based on the information contained herein, I believe probable cause exists that Jesse Glass has violated Title 18, United States Code, sections 2422(a) by Coercion and Enticement.

SA Alex O. Hunt, FBI

Sworn to via telephone after submission by reliable electronic means. Crim.Rules. 4.1; 41(d)(3)

Thomas M. Parker
United States Magistrate Judge
**Electronically Signed at Cleveland, Ohio**
**3 36 PM, Oct 15, 2018**