FILED

2018 NOV -9 PM 2:09

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:18 CR 659 |
| | ) | Title 18, Section 2422(a), United States Code |
| JESSE GLASS, | ) | |
| Defendant. | ) | |

JUDGE POLSTER

COUNT 1
(Coercion and Enticement, in violation of 18 U.S.C. § 2422(a))

The Grand Jury charges:

From on or about February 1, 2018 through on or about October 1, 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JESSE GLASS did knowingly attempt to persuade, induce, entice, and coerce an individual to travel in interstate and foreign commerce, to engage in sexual activity for which such person could be charged with a criminal offense, in violation of Title 18, Section 2422(a). United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.